IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) AETNA INC., AETNA LIFE ) INSURANCE COMPANY, and ) OPTUMHEALTH CARE SOLUTIONS, ) INC., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants Aetna Inc. and Aetna Life Insurance Company's motion for the admission of attorney Richard J. Doren as counsel *pro hac vice*. [Doc. 26]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 26] is **ALLOWED**, and Richard J. Doren is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge