UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>Defendants. | Case No. 1:15-cv-00109-MR |

**OPTUMHEALTH CARE SOLUTIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Defendant OptumHealth Care Solutions, Inc. discloses that it is a wholly owned subsidiary of OptumHealth Holdings, LLC, which is a wholly owned subsidiary of Optum, Inc. Optum, Inc. is a wholly owned subsidiary of United HealthCare Services, Inc., which is a wholly owned subsidiary of UnitedHealth Group Incorporated, a publicly held corporation.

Respectfully submitted this 2nd day of September, 2015.

/s/ Michael R. Hoernlein
Mark T. Calloway (NC Bar No. 10822)
Michael R. Hoernlein (NC Bar No. 40419)
Brian D. Boone (NC Bar No. 38910)
Alston & Bird LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, NC 28280
Tel: (704) 444-1000
Fax: (704) 444-1111
mark.calloway@alston.com
michael.hoernlein@alston.com
brian.boone@alston.com

*Counsel for Defendant OptumHealth Care Solutions, Inc.*

# CERTIFICATE OF SERVICE

I certify that on September 2, 2015, I filed and served a copy of this Corporate Disclosure Statement using the CM/ECF system and through U.S. Mail on all counsel of record.

/s/ Michael R. Hoernlein
Michael R. Hoernlein (NC Bar No. 40419)
ALSTON & BIRD LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, NC 28280
Tel: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

*Counsel for Defendant OptumHealth Care Solutions, Inc.*