UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **O R D E R**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Modify Scheduling Order, as previously entered by the Court on November 21, 2016 [Doc. 61] and amended by the Court on April 21, 2017 [Doc. 66] (the "Scheduling Order"). [Doc. 71].

For the reasons stated by the parties, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 71] is **GRANTED** and the deadlines set forth in the Scheduling Order [Docs. 61, 66] are **AMENDED** as follows:

| Task | New Deadline |
|---|---|
| Completion of Fact Discovery | December 15, 2017 |
| Class Certification Expert Disclosures | Plaintiff: January 26, 2018<br>Defendants: March 9, 2018 |
| Class Certification Expert Discovery | April 9, 2018 |
| Plaintiff's Motion for Class Certification | May 9, 2018 |
| Defendants' Responses | May 30, 2018 |
| Plaintiff's Reply | June 13, 2018 |

**IT IS SO ORDERED.**

Signed: September 1, 2017

Martin Reidinger
United States District Judge