# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## Civil Case No. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     **O R D E R** |

**THIS MATTER** is before the Court on the parties' Fourth Joint Motion to Modify Scheduling Order [Doc. 80].

For the reasons stated by the parties, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 80] is **GRANTED** and the deadlines set forth in the Scheduling Order [Doc. 61], as amended [Docs. 66, 72, 77] are hereby further **AMENDED** as follows:

| Task | New Deadline |
|---|---|
| Completion of Fact Discovery | March 8, 2018 |
| Class Certification Expert Disclosures | Plaintiff: April 27, 2018<br>Defendants: June 8, 2018 |
| Class Certification Expert Discovery | June 29, 2018 |
| Plaintiff's Motion for Class Certification | August 3, 2018 |
| Defendants' Responses | August 24, 2018 |
| Plaintiff's Reply | September 4, 2018 |

Absent a showing of extraordinary circumstances, no further extensions of the above-referenced deadlines will be permitted.

**IT IS SO ORDERED.**

Signed: January 18, 2018

Martin Reidinger
United States District Judge