# EXHIBIT 15

UNSEALED per Doc. # 156 ORDER

# FILED UNDER SEAL

see Doc. # 146 Attachment # 13