# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Modify Class Certification Briefing Schedule and Page Limits [Doc. 147].

In the last Order modifying the Scheduling Order, the Court advised the parties that "[a]bsent a showing of extraordinary circumstances, no further extensions of the above-referenced deadlines will be permitted." [Doc. 81 at 2]. Upon review of the parties' present Motion, the Court finds that the parties have made the requisite showing to justify a brief extension of the class certification briefing schedule. The parties' request for an

extension of the page limits for the parties' opposition and reply briefs, however, is denied.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 147] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Motion is **GRANTED** to the extent that the deadline for the Defendants' Response to Plaintiff's Motion is extended to **September 7, 2018**, and the deadline for the Plaintiff's Reply is extended to **September 28, 2018**. The Motion is **DENIED** to the extent that the parties seek an extension of the page limits previously set forth.

**IT IS SO ORDERED.**

Signed: August 8, 2018

Martin Reidinger
United States District Judge