UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **<u>O R D E R</u>**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Leave for Defendants to File Consolidated 40-Page Response Brief, and for Plaintiff to File Single 30-Page Reply [Doc. 152].

Upon review of the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 152] is **GRANTED**, and the Defendants shall be permitted to file one, consolidated joint brief of forty (40) pages in opposition to the Plaintiff's class certification motion. The Plaintiff shall be permitted to file a single reply brief of thirty (30) pages in reply to the Defendants' consolidated joint brief.

**IT IS SO ORDERED.**

Signed: August 21, 2018

Martin Reidinger
United States District Judge