# EXHIBIT 31
# (FILED UNDER SEAL - MOTION TO SEAL PENDING)