**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR**

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., )<br>)<br>)<br>)<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion for Leave to File under Seal Certain Exhibits and Related Portions of Defendants' Brief in Opposition to Plaintiff's Motion for Class Certification and Brief in Support of Defendants' Motion to Strike and Exclude Testimony of Constantijn Panis, Ph.D. [Doc. 157].

Upon review of the Defendants' Motion, and the Plaintiff's Response thereto [Doc. 166], it is apparent that the parties have not properly and fully conferred regarding the confidential nature of the subject documents. <u>See</u>

LCvR 7.1(b). Accordingly, the Defendants' Motion will be denied without prejudice to refiling after the parties have properly consulted and conferred.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion for Leave to File under Seal Certain Exhibits and Related Portions of Defendants' Brief in Opposition to Plaintiff's Motion for Class Certification and Brief in Support of Defendants' Motion to Strike and Exclude Testimony of Constantijn Panis, Ph.D. [Doc. 157] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 25, 2018

Martin Reidinger
United States District Judge