# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>Defendants. | Case No. 1:15-cv-00109-MR |

## DECLARATION OF REBECCA L. GAUTHIER IN SUPPORT OF OPTUM'S REPLY SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT

I, Rebecca L. Gauthier, declare as follows:

1. I am over 18 years of age. I am an attorney licensed to practice in the State of North Carolina and in the State of New York. I am an associate at the law firm of Alston & Bird LLP, and I am counsel of record in the above-captioned action for Defendant OptumHealth Care Solutions, Inc. I have personal knowledge of the facts set forth below.

2. Exhibit 24 is a true and correct copy of excerpts from the deposition of Sandra M. Peters in this litigation.

3. Exhibit 25 is a true and correct copy of excerpts from the 30(b)(6) deposition of Optum in this litigation.

4. Exhibit 26 is a true and correct copy of excerpts from the deposition of Dr. Constantijn Panis in this litigation.

5. Exhibit 27 is a true and correct copy of Exhibit A attached to Plaintiff's Second Amended and Supplemental Responses to Aetna's First Set of Interrogatories in this litigation.

6. Exhibit 28 is a true and correct copy of a document at the Bates range OPTUM-PETERS-000018385 through OPTUM-PETERS-000018388 that Optum produced in this litigation.

7. Exhibit 29 is a true and correct copy of a document at the Bates range OPTUM-PETERS-000011057 through OPTUM-PETERS-000011060 that Optum produced in this litigation.

Executed March 29, 2019.

*/s/ Rebecca L. Gauthier*
Rebecca L. Gauthier