IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., )<br>)<br>)<br>)<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants Aetna Inc. and Aetna Life Insurance Company's motions for the admission of attorneys Earl B. Austin, III and Jessica F. Rosenbaum as counsel *pro hac vice*. [Docs. 209, 210]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Defendants' motions [Docs. 209, 210] are **ALLOWED**, and Earl B. Austin, III and Jessica F. Rosenbaum are hereby granted *pro hac vice* admission to the bar of this Court, payment

of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 4, 2019

Martin Reidinger
United States District Judge