IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>      vs.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>           Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

In light of the Court's ruling on the Plaintiff's motion for class certification, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that, within twenty-one (21) days of the entry of this Order, each side shall submit a report to the Court addressing the following issues:

    (1)    Whether additional discovery is necessary in this case;

    (2)    If additional discovery is warranted, a proposed deadline for the completion of such additional discovery; and

(3) A proposed deadline for the filing of dispositive motions.

**IT IS SO ORDERED.**

Signed: April 5, 2019

Martin Reidinger
United States District Judge