THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Submission Regarding Discovery and Dispositive Motions [Doc. 223].

In light of the parties' Joint Submission, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that any dispositive motions in this case shall be filed no later than **May 24, 2019**.

**IT IS SO ORDERED.**   Signed: May 3, 2019

Martin Reidinger
United States District Judge