FILED: June 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2085
(1:15-cv-00109-MR)

_____

SANDRA M. PETERS, on behalf of herself and all others similarly situated

       Plaintiff - Appellant

v.

AETNA INC.; AETNA LIFE INSURANCE COMPANY; OPTUMHEALTH
CARE SOLUTIONS, INC.

       Defendants - Appellees

-------------------------------

AMERICAN MEDICAL ASSOCIATION; MARYLAND STATE MEDICAL
SOCIETY; MEDICAL SOCIETY OF VIRGINIA; NORTH CAROLINA
MEDICAL SOCIETY; SOUTH CAROLINA MEDICAL ASSOCIATION

       Amici Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed in part, reversed in part, and vacated in part. This case is

remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK