FILED: July 28, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2085
(1:15-cv-00109-MR)

_____

SANDRA M. PETERS, on behalf of herself and all others similarly situated

    Plaintiff - Appellant

v.

AETNA INC.; AETNA LIFE INSURANCE COMPANY; OPTUMHEALTH CARE SOLUTIONS, INC.

    Defendants - Appellees

------------------------------

AMERICAN MEDICAL ASSOCIATION; MARYLAND STATE MEDICAL SOCIETY; MEDICAL SOCIETY OF VIRGINIA; NORTH CAROLINA MEDICAL SOCIETY; SOUTH CAROLINA MEDICAL ASSOCIATION

    Amici Supporting Appellant

_____

M A N D A T E
_____

    The judgment of this court, entered June 22, 2021, takes effect today.

    This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*