# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit. [Doc. 251].

In light of the Fourth Circuit's remand, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of this Order, the Plaintiff shall file a supplemental brief regarding class certification. The Defendants shall have fourteen (14) days thereafter to file a response.

**IT IS SO ORDERED.**

Signed: August 2, 2021

Martin Reidinger
Chief United States District Judge