UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:15-cv-00109-MR

SANDRA M. PETERS, on behalf of )
herself and all others similarly )
situated, )
                                      PLAINTIFF, )
v. )       **CONSENT MOTION FOR**
                                            )       **EXTENSION OF TIME**
AETNA INC., AETNA LIFE )
INSURANCE COMPANY, and )
OPTUMHEALTH CARE SOLUTIONS, )
INC., )
                                      DEFENDANTS. )

In accordance with Local Rule of Civil Procedure 7.1, Plaintiff Sandra M. Peters moves the Court for an order extending the time for Plaintiff to file her supplemental brief regarding class certification from August 16, 2021 to September 1, 2021, Defendants to file their response from August 30, 2021 to October 1, 2021, and for Plaintiff to file a reply brief on October 15, 2021. Defendants Aetna Inc. and Aetna Life Insurance Company ("Aetna") and OptumHealth Care Solutions, Inc. ("Optum") do not oppose this request.

Good cause[1] justifies these brief extensions for the following reasons:

---

[1] *See Tyndall v. Maynor*, 288 F.R.D. 103, 108 (M.D.N.C. 2013) (ruling that the "touchstone" of good cause is diligence).

1. On August 2, 2021, the Court issued an order ("Order") that following remand from the United States Court of Appeals for the Fourth Circuit, Plaintiff shall file a supplemental brief regarding class certification within fourteen (14) days of the Order, and that Defendants shall have fourteen (14) days thereafter to file a response. (Doc. #254.)

2. Plaintiff seeks an extension because her filing will take significant time. The ERISA issues and class issues implicated in this case require complex analysis. Furthermore, the record in this case contains thousands of pages, and the Fourth Circuit's opinion that will guide the parties' supplemental briefing is 71 pages long.

3. Additionally, the deadline set by the Court for supplemental briefing falls within the summer month of August, during which time Plaintiff's counsel has travel plans and family obligations. Plaintiff's counsel also has a number of previously-scheduled professional obligations between now and August 16, 2021 in other cases for which they are responsible, including a hearing on August 11 that requires time-consuming preparation.

4. Thus, absent the requested extension, Plaintiff's counsel will not have the time necessary to prepare supplemental briefing to the extent Plaintiff expects and deserves. Plaintiff submits that in fairness, she should be granted thirty (30)

days instead of two weeks for the preparation of her supplemental brief regarding class certification.

5. Under LCvR 7.1(b), Plaintiff conferred with Defendants regarding whether they consented to this extension. Both Defendants consented. Defendants did not take a position on Plaintiff's requested deadline for a reply brief. However, such a reply brief is appropriate, as Plaintiffs are entitled to have the last word in support of their class certification motion and, otherwise, Plaintiffs will not be able to respond to how Defendants may characterize the Fourth Circuit decision. Defendants also advised that if Plaintiff's extension request is granted, they request a corresponding thirty-day extension for their response brief. Plaintiff does not oppose Defendants' request.

6. Finally, because no other deadlines have been set following supplemental class certification briefing, the requested extensions will neither delay the resolution of this case nor require any corresponding modification to any other dates.

Accordingly, the parties request that the Court grant the following brief extensions in filing supplemental class certification briefing:

| Task | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Supplemental Brief Regarding Class Certification | August 16, 2021 | September 1, 2021 |
| Defendants' Response | August 30, 2021 | October 1, 2021 |
| Plaintiff's Reply | N/A | October 15, 2021 |

Dated: August 4, 2021

/s/ Larry McDevitt
Larry McDevitt, NC Bar No. 5032
David M. Wilkerson, NC Bar No. 35742
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
(828) 258-2991
lmcdevitt@vwlawfirm.com

D. Brian Hufford (*pro hac vice*)
Jason S. Cowart (*pro hac vice*)
Nell Z. Peyser (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
(212) 897-3434
(212) 704-4256 (fax)
dbhufford@zuckerman.com

*Attorneys for Plaintiff Sandra M. Peters*

# CERTIFICATE OF SERVICE

I certify that on August 4, 2021, I filed and served a copy of the **JOINT MOTION FOR EXTENSION OF TIME** using the CM/ECF system, which will give notice to counsel of record.

                                   */s/ Larry McDevitt*
                                   Larry McDevitt