# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., )<br>)<br>)<br>)<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motions for the admission of attorneys Andrew N. Goldfarb and Alyssa M. Howard as counsel *pro hac vice*. [Docs. 260, 261]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motions [Docs. 260, 261] are **ALLOWED**, and Andrew N. Goldfarb and Alyssa M. Howard are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 25, 2021

Martin Reidinger
Chief United States District Judge