UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>Defendants. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-SURREPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Pursuant to Local Rule 7.1(e), Plaintiff hereby requests leave to file the enclosed sur-surreply (Exhibit A hereto) in response to Defendants' Surreply Opposing Peters' Motion for Class Certification (Dkt. No. 267). Leave should be granted because Defendants present new arguments in their Surreply based on case law that was available to them when they filed their supplemental opposition brief. *Cf. F.D.I.C. v. Cashion*, No. 1:11CV72, 2012 WL 1098619, at *3 (W.D.N.C. Apr. 2, 2012) ("Generally, courts allow a party to file a surreply only when fairness dictates based on new arguments raised in the previous reply."), *aff'd*, 720 F.3d 169 (4th Cir. 2013). In fairness, Plaintiff should be permitted to respond briefly.

The proposed four-page sur-surreply will not overburden the Court or

unnecessarily multiply the proceedings.

Plaintiff conferred with Defendants regarding this request. Defendants oppose Plaintiff's motion.

Dated: October 28, 2021                                Respectfully submitted,

                                                       s/ Larry McDevitt
D. Brian Hufford (*pro hac vice*)                      Larry McDevitt
Jason S. Cowart (*pro hac vice*)                       David M. Wilkerson
Nell Z. Peyser (*pro hac vice*)                        Heather Whitaker Goldstein
ZUCKERMAN SPAEDER LLP                                  THE VAN WINKLE LAW FIRM
485 Madison Avenue, 10th Floor                         11 North Market Street
New York, NY 10022                                     Asheville, NC 28801
(212) 897-3434                                         (828) 258-2991
(212) 704-4256 (fax)                                   lmcdevitt@vwlawfirm.com
dbhufford@zuckerman.com


Andrew N. Goldfarb (*pro hac vice*)                    *Attorneys for Plaintiff Sandra M. Peters,*
Alyssa M. Howard (*pro hac vice*)                      *on behalf of herself and all others*
ZUCKERMAN SPAEDER LLP                                  *similarly situated*
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 778-1800
(202) 822-8106 (fax)
agoldfarb@zuckerman.com