THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AETNA INC., AETNA LIFE )<br>INSURANCE COMPANY, and )<br>OPTUMHEALTH CARE SOLUTIONS, )<br>INC., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Leave to File Sur-Surreply in Support of Plaintiff's Motion for Class Certification [Doc. 268].

On October 22, 2021, the Defendants sought leave to file a sur-reply in opposition to the Plaintiff's motion for class certification. [Doc. 263]. The Court granted the Defendants' motion. [Text-Only Order entered Oct. 25, 2021]. The Plaintiff now seeks leave to file a "sur-surreply" in response to the Defendants' surreply. [Doc. 269].

Neither the Federal Rules of Civil Procedure nor this Court's Local Rules contemplate the filing of "sur-surreplies." This matter has been briefed *ad nauseam*. At some point, the endless rounds of briefing must end. The Plaintiff's motion for leave to file a "sur-surreply" is denied.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Leave to File Sur-Surreply in Support of Plaintiff's Motion for Class Certification [Doc. 268] is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 29, 2021

Martin Reidinger
Chief United States District Judge