UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:15-cv-00109-MR

SANDRA M. PETERS, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

AETNA INC., AETNA LIFE
INSURANCE COMPANY, and
OPTUMHEALTH CARE SOLUTIONS,
INC.,

        Defendants.

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

In accordance with Local Rule 7.1(j), Defendants submit this Notice of Supplemental Authority as further support for their opposition to Peters's motion for class certification.

In *Rocket Mortgage v. Alig*, No. 21-428, -- S.Ct. --, 2022 WL 89247 (Jan. 10, 2022), the Supreme Court vacated the Fourth Circuit's decision affirming class certification and remanded for further proceedings in light of *TransUnion v. Ramirez*, 141 S. Ct. 2190 (2021), a case in which the Court held that, among other things, statutory violations without more do not qualify as the concrete injury needed for Article III standing. *Id.* at 2205 ("Importantly, this Court has rejected the proposition that a plaintiff automatically satisfies the injury-in-fact requirement whenever a

statute grants a person a statutory right and purports to authorize that person to sue to vindicate that right.") (internal quotation marks omitted).

In *Alig,* a putative class of mortgage applicants claimed that the defendant mortgage companies committed a procedural error in how they ordered home appraisals. *Alig v. Quicken Loans Inc.*, 990 F.3d 782 (4th Cir. 2021). The defendants argued that proposed class members did not suffer a concrete injury because the alleged error did not cause putative class members any personal financial harm. *Id.* at 791–92. The Fourth Circuit rejected the defendants' arguments and affirmed class certification, reasoning that "there is simply not a large number of uninjured persons included within the plaintiffs' class." *Id.* at 792. On January 10, the Supreme Court vacated the Fourth Circuit's decision and remanded for further proceedings in light of *TransUnion*.

Dated this 26th day of January, 2022.

Respectfully submitted,

*/s/ E. Thomison Holman*
E. Thomison Holman
  NC Bar No. 19380
HOLMAN LAW, PLLC
56 College Street, Suite 302
Asheville, NC 28801
tom@holmanlawwnc.com
(828) 252-7381
(828) 252-5018 (fax)

Earl B. Austin (*pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112

earl.austin@bakerbotts.com
(212) 408-2500
(212) 408-2501 (fax)

*Counsel for Defendants Aetna Inc.
and Aetna Life Insurance Company*


/s/ Brian D. Boone
Brian D. Boone
  NC Bar No. 38910
Michael R. Hoernlein
  NC Bar No. 40419
Brandon C.E. Springer
  NC Bar No. 54523
ALSTON & BIRD LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, NC 28280
(704) 444-1000
(704) 444-1111 (fax)
brian.boone@alston.com
michael.hoernlein@alston.com

*Counsel for Defendant
OptumHealth Care Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 26, 2022, I filed and served a copy of the Defendants' Notice of Supplemental Authority using the CM/ECF system, which will give notice to counsel of record.

/s/ E. Thomison Holman
E. Thomison Holman
 NC Bar No. 19380
HOLMAN LAW, PLLC
56 College Street, Suite 302
Asheville, NC 28801
tom@holmanlawwnc.com
Tel: (828) 252-7381
Fax: (828) 252-5018

*Counsel for Defendants Aetna Inc. and Aetna Life Insurance Company*