UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>Defendants. | **PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

In their notice of supplemental authority, ECF No. 270, Defendants do not even attempt to explain how the Supreme Court's decision in *Rocket Mortg. v. Alig*, No. 21-428, __ S. Ct. __, 2022 WL 89247 (Jan. 10, 2022), which is two sentences long and contains no analysis, is applicable here. Defendants' main purpose appears to be to remind the Court of *TransUnion v. Ramirez*, 141 S. Ct. 2190 (2021), which Defendants already discussed at length in their supplemental brief opposing class certification. *See* ECF No. 259 at 6-7. In her supplemental reply in support of class certification, Plaintiff explained why, consistent with the Fourth Circuit's decision in this case, *TransUnion* **supports** Plaintiff's standing here. *See* ECF No. 262 at 5-6.

Dated: January 27, 2022

Respectfully submitted,

/s/ Larry McDevitt

D. Brian Hufford (*pro hac vice*)
Jason S. Cowart (*pro hac vice*)
Nell Z. Peyser (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
(212) 897-3434
(212) 704-4256 (fax)
dbhufford@zuckerman.com

Larry McDevitt
David M. Wilkerson
Heather Whitaker Goldstein
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
(828) 258-2991
lmcdevitt@vwlawfirm.com

Andrew N. Goldfarb (*pro hac vice*)
Alyssa M. Howard (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 778-1800
(202) 822-8106 (fax)
agoldfarb@zuckerman.com

*Attorneys for Plaintiff Sandra M. Peters*, *on behalf of herself and all others similarly situated*