# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# Case No. 1:15-cv-00109-MR

|  |  |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) **JOINT STATUS UPDATE** |
| v. | ) |
| AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

Pursuant to the Court's December 28, 2023 text-only order, Plaintiff Sandra Peters ("Plaintiff") and Defendants OptumHealth Care Solutions, Inc., Aetna Inc., and Aetna Life Insurance Company (collectively "Defendants") jointly provide the Court with the following update on the parties' settlement efforts.

Since December 28, the parties have had further telephonic meetings pursuant to Federal Rule of Evidence 408 to discuss potential resolution. As stated in the parties' previous joint status update, Aetna made its supplemental data production on November 2. Optum is continuing to evaluate that data and working on making its corresponding supplemental data production, which data will provide the parties with information about potential class members.

9058086.2

Although the parties recognize that any final settlement agreement will have to account for the full updated information about the classes once it becomes available, the parties have continued to discuss the structure and content of a potential settlement agreement. Based on that back-and-forth, Plaintiff expects to send Defendants her opening settlement demand next week, at the latest.

Given this forward progress, the parties propose to provide the Court with another status update on February 16, 2024, and to indicate whether the parties wish to proceed with a status conference before the Court or whether the settlement negotiations are progressing such that continued efforts toward a settlement may serve judicial and litigation efficiency.

| | |
|---|---|
| /s/ *David M. Wilkerson* | /s/ *E. Thomison Holman* |
| Larry McDevitt | E. Thomison Holman |
| David M. Wilkerson |   NC Bar No. 19380 |
| Heather Whitaker Goldstein | HOLMAN LAW, PLLC |
| THE VAN WINKLE LAW FIRM | 56 College Street, Suite 302 |
| 11 North Market Street | Asheville, NC 28801 |
| Asheville, NC 28801 | tom@holmanlawwnc.com |
| (828) 258-2991 | Tel: (828) 252-7381 |
| lmcdevitt@vwlawfirm.com | Fax: (828) 252-5018 |
| | |
| D. Brian Hufford (*pro hac vice*) | Earl B. Austin (*pro hac vice*) |
| Jason S. Cowart (*pro hac vice*) | BAKER BOTTS L.L.P. |
| Nell Z. Peyser (*pro hac vice*) | 30 Rockefeller Plaza |
| ZUCKERMAN SPAEDER LLP | New York, NY 10112 |
| 485 Madison Avenue, 10th Floor | earl.austin@bakerbotts.com |
| New York, NY 10022 | (212) 408-2500 |
| (212) 897-3434 | (212) 408-2501 (fax) |
| (212) 704-4256 (fax) | |
| dbhufford@zuckerman.com | |

9058086.2

Andrew N. Goldfarb (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 778-1800
(202) 822-8106 (fax)
agoldfarb@zuckerman.com

*Counsel for Plaintiff Sandra M. Peters, on behalf of herself and all others similarly situated*

*Counsel for Defendants Aetna Inc. and Aetna Life Insurance Company*

*/s/ Brian D. Boone*
Brian D. Boone
 NC Bar No. 38910
Michael R. Hoernlein
 NC Bar No. 40419
Brandon C.E. Springer
 NC Bar No. 54523
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon St #300
Charlotte, NC 28203
Tel: (704) 444-1000
Fax: (704) 444-1111
brian.boone@alston.com
michael.hoernlein@alston.com
brandon.springer@alston.com

*Counsel for Defendant OptumHealth Care Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 19, 2024, I filed and served a copy of the Joint Status Report using the CM/ECF system, which will give notice to counsel of record.

*/s/ David M. Wilkerson*_____
David M. Wilkerson

9058086.2