# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# Case No. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, | |
| Plaintiff, | **JOINT STATUS UPDATE** |
| v. | |
| AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., | |
| Defendants. | |

Pursuant to the Court's February 2, 2024 text-only order, Plaintiff Sandra Peters ("Plaintiff") and Defendants Aetna Inc., Aetna Life Insurance Company, and OptumHealth Care Solutions, Inc. (collectively "Defendants") jointly provide the Court with the following update on the parties' settlement efforts.

Since January 19, 2024, the parties have continued their efforts under Federal Rule of Evidence 408 toward potential resolution. Pending production by Optum of its supplemental data production, which data will provide the parties with additional information about potential class members, Plaintiff made a settlement demand at the end of January. Defendants are evaluating that demand, and expect to respond shortly. The parties recognize that any final settlement agreement will have to account for the full updated information about the classes once it becomes available.

9086431.1

With the first concrete settlement proposal pending, the parties propose to provide the Court with another status update on March 15, 2024, and to indicate whether the parties wish to proceed with a status conference before the Court or whether the settlement negotiations are advancing such that continued efforts toward a settlement may serve judicial and litigation efficiency.

Respectfully submitted,

Dated: February 16, 2024

| | |
|---|---|
| /s/ *David M. Wilkerson* | /s/ *E. Thomison Holman* |
| David M. Wilkerson | E. Thomison Holman |
| NC Bar No. 35742 | NC Bar No. 19380 |
| Larry McDevitt | HOLMAN LAW, PLLC |
| Heather Whitaker Goldstein | 56 College Street, Suite 302 |
| THE VAN WINKLE LAW FIRM | Asheville, NC 28801 |
| 11 North Market Street | tom@holmanlawwnc.com |
| Asheville, NC 28801 | Tel: (828) 252-7381 |
| (828) 258-2991 | Fax: (828) 252-5018 |
| lmcdevitt@vwlawfirm.com | |
| | Earl B. Austin (*pro hac vice*) |
| D. Brian Hufford (*pro hac vice*) | BAKER BOTTS L.L.P. |
| Jason S. Cowart (*pro hac vice*) | 30 Rockefeller Plaza |
| Nell Z. Peyser (*pro hac vice*) | New York, NY 10112 |
| ZUCKERMAN SPAEDER LLP | earl.austin@bakerbotts.com |
| 485 Madison Avenue, 10th Floor | (212) 408-2500 |
| New York, NY 10022 | (212) 408-2501 (fax) |
| (212) 897-3434 | |
| (212) 704-4256 (fax) | *Counsel for Defendants Aetna Inc. and* |
| dbhufford@zuckerman.com | *Aetna Life Insurance Company* |

| | |
|---|---|
| Andrew N. Goldfarb (*pro hac vice*)<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>(202) 778-1800<br>(202) 822-8106 (fax)<br>agoldfarb@zuckerman.com<br><br>*Counsel for Plaintiff Sandra M. Peters,*<br>*on behalf of herself and all others*<br>*similarly situated* | */s/ Brian D. Boone*<br>Brian D. Boone<br>  NC Bar No. 38910<br>Michael R. Hoernlein<br>  NC Bar No. 40419<br>Brandon C.E. Springer<br>  NC Bar No. 54523<br>ALSTON & BIRD LLP<br>Vantage South End<br>1120 South Tryon St #300<br>Charlotte, NC 28203<br>Tel: (704) 444-1000<br>Fax: (704) 444-1111<br>brian.boone@alston.com<br>michael.hoernlein@alston.com<br>brandon.springer@alston.com<br><br>*Counsel for Defendant*<br>*OptumHealth Care Solutions, Inc.* |

9086431.1

3

# **CERTIFICATE OF SERVICE**

I certify that on February 16, 2024, I filed and served a copy of the Joint Status Report using the CM/ECF system, which will give notice to counsel of record.

*/s/ David M. Wilkerson*
David M. Wilkerson

9086431.1