# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# Case No. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, | |
| Plaintiff, | **JOINT STATUS UPDATE** |
| v. | |
| AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., | |
| Defendants. | |

Pursuant to the Court's February 21, 2024 text-only order, Plaintiff Sandra Peters ("Plaintiff") and Defendants Aetna Inc., Aetna Life Insurance Company, and OptumHealth Care Solutions, Inc. (collectively "Defendants") jointly provide the Court with the following update on the parties' settlement efforts.

The parties appreciate the Court's accommodation during this period, as well as the Court's statements in the February 21 order. Since February 21, 2024, the parties have continued their efforts toward potential resolution. In their recent discussions, the parties have continued to express their commitment to seriously exploring settlement. Having now worked through certain internal issues bearing on settlement discussions, the parties anticipate exchanging proposals in the next week and substantially intensifying the pace of settlement discussions.

9103183.3

In light of the February 21 order, the parties respectfully request that the Court schedule a status conference for a date on or after April 15, 2024. They will, of course, apprise the Court before then of resolution or significant progress toward resolution that impacts the need for the status conference.

Respectfully submitted,

Dated: March 15, 2024

| | |
|---|---|
| /s/ *David M. Wilkerson* | /s/ *E. Thomison Holman* |
| Larry McDevitt, NC Bar #5032 | E. Thomison Holman |
| David M. Wilkerson, NC Bar #35742 | NC Bar No. 19380 |
| THE VAN WINKLE LAW FIRM | HOLMAN LAW, PLLC |
| 11 North Market Street | 56 College Street, Suite 302 |
| Asheville, NC 28801 | Asheville, NC 28801 |
| (828) 258-2991 | tom@holmanlawwnc.com |
| lmcdevitt@vwlawfirm.com | Tel: (828) 252-7381 |
| dwilkerson@vwlawfirm.com | Fax: (828) 252-5018 |
| | |
| D. Brian Hufford (*pro hac vice*) | Earl B. Austin (*pro hac vice*) |
| Jason S. Cowart (*pro hac vice*) | BAKER BOTTS L.L.P. |
| Nell Z. Peyser (*pro hac vice*) | 30 Rockefeller Plaza |
| ZUCKERMAN SPAEDER LLP | New York, NY 10112 |
| 485 Madison Avenue, 10th Floor | earl.austin@bakerbotts.com |
| New York, NY 10022 | (212) 408-2500 |
| (212) 897-3434 | (212) 408-2501 (fax) |
| (212) 704-4256 (fax) | |
| dbhufford@zuckerman.com | *Counsel for Defendants Aetna Inc. and Aetna Life Insurance Company* |

9103183.3

| | |
|---|---|
| Andrew N. Goldfarb (*pro hac vice*)<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>(202) 778-1800<br>(202) 822-8106 (fax)<br>agoldfarb@zuckerman.com<br><br>*Counsel for Plaintiff Sandra M. Peters,*<br>*on behalf of herself and all others*<br>*similarly situated* | */s/ Brian D. Boone*<br>Brian D. Boone<br>  NC Bar No. 38910<br>Michael R. Hoernlein<br>  NC Bar No. 40419<br>Brandon C.E. Springer<br>  NC Bar No. 54523<br>ALSTON & BIRD LLP<br>Vantage South End<br>1120 South Tryon St #300<br>Charlotte, NC 28203<br>Tel: (704) 444-1000<br>Fax: (704) 444-1111<br>brian.boone@alston.com<br>michael.hoernlein@alston.com<br>brandon.springer@alston.com<br><br>*Counsel for Defendant*<br>*OptumHealth Care Solutions, Inc.* |

# **CERTIFICATE OF SERVICE**

I certify that on March 15, 2024, I filed and served a copy of the Joint Status Report using the CM/ECF system, which will give notice to counsel of record.

*/s/David M. Wilkerson*
David M. Wilkerson

9103183.3