IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) AETNA INC., AETNA LIFE ) INSURANCE COMPANY, and ) OPTUMHEALTH CARE SOLUTIONS, ) INC., ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Status Update [Doc. 297].

Upon review of the parties' status report, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that this matter shall be set for a status conference on **April 30, 2024 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that, no later than **April 16, 2024**, the parties shall submit a statement of the issues to be addressed at the status

conference, as well as the points of agreement and disagreement between the parties.

**IT IS SO ORDERED.**

Signed: March 18, 2024

Martin Reidinger
Chief United States District Judge

2

Case 1:15-cv-00109-MR   Document 298   Filed 03/19/24   Page 2 of 2