UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>Defendants. | **PLAINTIFF'S NOTICE OF FILING PROPOSED CLASS NOTICE** |

Pursuant to the Court's May 7 Order (Dkt. 301), Plaintiff respectfully submits her proposed class notice.

Dated: May 10, 2024                                   Respectfully submitted,

/s/ David M. Wilkerson

D. Brian Hufford (*pro hac vice*)                     Larry McDevitt
Jason S. Cowart (*pro hac vice*)                      NC State Bar No. 5032
Nell Z. Peyser (*pro hac vice*)                       David M. Wilkerson
ZUCKERMAN SPAEDER LLP                                 NC State Bar No. 35742
485 Madison Avenue, 10th Floor                        THE VAN WINKLE LAW FIRM
New York, NY 10022                                    11 North Market Street
(212) 897-3434                                        Asheville, NC 28801
(212) 704-4256 (fax)                                  (828) 258-2991
dbhufford@zuckerman.com                               lmcdevitt@vwlawfirm.com
                                                      dwilkerson@vwlawfirm.com

Andrew N. Goldfarb (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000                       *Attorneys for Plaintiff Sandra M.*
Washington, DC 20036                                  *Peters*, *on behalf of herself and all*
(202) 778-1800                                        *others similarly situated*
(202) 822-8106 (fax)
agoldfarb@zuckerman.com