IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC., )<br>)<br>)<br>)<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Status Update Concerning Notice and Motion to Extend Trial Schedule [Doc. 307].

By the present motion, the parties seek an extension of the trial date and certain pretrial deadlines. [Doc. 307]. For the reasons stated in the parties' motion, and for cause shown, the Court will continue this matter to the January 2025 mixed term and will reset the pretrial deadlines accordingly.[1]

---

[1] The parties request a continuation of the final pretrial conference to January 14, 2025; however, that date falls in the middle of the mixed term. It is the Court's intent to set final pretrial conferences for all January 2025 term cases during the week of December 16,

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion to Extend Trial Schedule [Doc. 307] is **GRANTED**, and the trial of this matter is **CONTINUED** to the January 13, 2025 mixed trial term. The final pretrial conference, which is currently scheduled for November 1, 2024, is also **CONTINUED** and will be reset at a later date.

**IT IS FURTHER ORDERED** that the following pretrial deadlines are extended as follows:

| Task | Current Deadline | New Deadline |
|---|---|---|
| Filing of Joint Appendix | September 15, 2024 | November 15, 2024 |
| Plaintiff's Opening Trial Brief | October 1, 2024 | November 29, 2024 |
| Defendants' Consolidated Trial Brief | October 15, 2024 | December 13, 2024 |
| Proposed Findings of Fact and Conclusions of Law | October 30, 2024 | December 18, 2024 |

Signed: August 6, 2024

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge

---

2024. Accordingly, the final pretrial conference will be rescheduled at a later date for some time during the week of December 16th. As for the deadline for the filing of proposed findings of fact and conclusions of law, that deadline will be extended only to December 18, 2024.