# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 1:15-cv-00109-MR<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO SUSPEND PRE-TRIAL DEADLINES** |

Plaintiff Sandra Peters ("Plaintiff") and Defendants Aetna Inc. and Aetna Life Insurance Company ("Aetna") and OptumHealth Care Solutions ("Optum," and collectively "Defendants") are pleased to report that the parties have reached agreement on a settlement in principle to resolve the above-captioned case, and to request that the Court suspend all current pre-trial deadlines.

After good-faith, arms-length negotiations over the course of almost a year, the parties have agreed on the central terms of a class settlement to resolve this long-pending litigation. They are preparing a term sheet reflecting the main settlement terms, and do not anticipate obstacles to execution of the term sheet.

Accordingly, the parties respectfully request that all deadlines in the current schedule (Doc. 308), the November 5 docket entry setting the Final Pretrial Conference, and the Supplemental Pretrial Order and Case Management Plan (Doc. 309) be suspended, and that the trial currently scheduled for the January 13, 2025 mixed trial term be taken off calendar.

With the Court's approval, the parties will now turn to memorialize the class settlement in a written agreement. After that, Plaintiff will prepare her motion and legal memorandum seeking preliminary approval, as well as the proposed notice to class members and a proposed plan of allocation. In light of upcoming commitments of Plaintiff's counsel, including international travel in November and a trial in mid-December, and conflicts over the upcoming holidays, the parties further request that they be given until January 31, 2025 to negotiate and finalize the written settlement agreement and for Plaintiff to file her motion for preliminary approval of the class settlement.

Respectfully submitted,

Dated: November 6, 2024

/s/ *Larry McDevitt*  
Larry McDevitt  
David M. Wilkerson  
Heather Whitaker Goldstein  
THE VAN WINKLE LAW FIRM  
11 North Market Street  
Asheville, NC 28801  
(828) 258-2991  
lmcdevitt@vwlawfirm.com  

D. Brian Hufford (*pro hac vice*)  
Jason S. Cowart (*pro hac vice*)  
Nell Z. Peyser (*pro hac vice*)  
ZUCKERMAN SPAEDER LLP  
485 Madison Avenue, 10th Floor  
New York, NY 10022  
(212) 897-3434  
(212) 704-4256 (fax)  
dbhufford@zuckerman.com  

Andrew N. Goldfarb (*pro hac vice*)  
ZUCKERMAN SPAEDER LLP  
1800 M Street, NW, Suite 1000  
Washington, DC 20036  
(202) 778-1800  
(202) 822-8106 (fax)  
agoldfarb@zuckerman.com  

*Counsel for Plaintiff Sandra M. Peters, on behalf of herself and all others similarly situated*

/s/ *E. Thomison Holman*  
E. Thomison Holman  
 NC Bar No. 19380  
HOLMAN LAW, PLLC  
56 College Street, Suite 302  
Asheville, NC 28801  
tom@holmanlawwnc.com  
Tel: (828) 252-7381  
Fax: (828) 252-5018  

Earl B. Austin (*pro hac vice*)  
BAKER BOTTS L.L.P.  
30 Rockefeller Plaza  
New York, NY 10112  
earl.austin@bakerbotts.com  
(212) 408-2500  
(212) 408-2501 (fax)  

*Counsel for Defendants Aetna Inc. and Aetna Life Insurance Company*

/s/ *Brian D. Boone*  
Brian D. Boone  
 NC Bar No. 38910  
Michael R. Hoernlein  
 NC Bar No. 40419  
Brandon C.E. Springer  
 NC Bar No. 54523  
ALSTON & BIRD LLP  
Vantage South End  
1120 South Tryon St #300  
Charlotte, NC 28203  
Tel: (704) 444-1000  
Fax: (704) 444-1111  
brian.boone@alston.com  
michael.hoernlein@alston.com  
brandon.springer@alston.com  

*Counsel for Defendant OptumHealth Care Solutions, Inc.*

3

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2024, I caused to be filed and served a copy of the Joint Status Report using the CM/ECF system, which will give notice to counsel of record.

                                                */s/* Andrew N. Goldfarb_____
                                                Andrew N. Goldfarb