IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00109-MR

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>    Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' "Joint Notice of Settlement in Principle and Request to Suspend Pre-Trial Deadlines" [Doc. 310].

This matter is scheduled for trial during the January 13, 2025 trial term, and a pretrial conference is scheduled for December 18, 2024. By the present Notice, the parties advise the Court that they have reached "agreement on a settlement in principle" and ask the Court to suspend all current pretrial deadlines. [Doc. 310].

In order for this case to be removed from the calendar, the parties must file a settlement memorandum (i.e., a "term sheet") that sets out the material terms of the parties' agreement such that the Court can enforce the agreement and proceed accordingly with this case. The parties shall have through the close of business on Wednesday, December 4, 2024, to file a settlement memorandum. Failure to file a settlement memorandum by that time will result in the case remaining on the calendar for a final pretrial conference on December 18, 2024. The settlement memorandum may be filed under seal without an accompanying motion to seal.

**IT IS, THEREFORE, ORDERED** that the parties' request to suspend all pretrial deadlines [Doc. 310] is **DENIED WITHOUT PREJUDICE**. The parties shall have through the close of business on **Wednesday, December 4, 2024**, to file a settlement memorandum. Failure to file a settlement memorandum by that time will result in the case remaining on the calendar for a final pretrial conference on December 18, 2024. The settlement memorandum may be filed under seal without an accompanying motion to seal.

**IT IS SO ORDERED.**

Signed: November 7, 2024

Martin Reidinger
Chief United States District Judge