UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 1:15-cv-00109-MR<br><br>**PLAINTIFF'S RESPONSE TO OPTUM'S STATUS REPORT** |

On Friday night, December 6, Optum filed its Status Report (the "Status Report"). *See* Doc. 314. Optum requests the opportunity to file a summary judgment motion. At the April 2024 status conference, the Court considered and denied this exact request.

When Optum conferred with Plaintiff's counsel in advance of its Friday filing, Optum's counsel represented that its filing stated that it would work on with Class Counsel on a schedule for the case going forward, and asked for Plaintiff's position on Optum's renewal of its previously rejected request for an opportunity to file a

summary judgment motion.[1] But Optum counsel did not communicate that it intended to propose a schedule for summary judgment, confer with Plaintiff about that schedule, or request Plaintiff's position on its proposed schedule.

In any event, as the Court previously recognized, before any judgment is entered, notice must be sent, so that class members have an informed opportunity to decide whether to opt out.

In addition, the Status Report inappropriately blames Plaintiff's counsel for the lack of a shared understanding of the material terms that underlay all parties' joint November 6 report to the Court (Doc. 310). The statements about the substance of the parties' negotiations are inaccurate and arguably violate the confidentiality of the settlement negotiations to which the parties agreed.

For the foregoing reasons, Plaintiff respectfully requests that the Court convene a status conference before addressing Optum's request. Undersigned counsel has a one-day trial in Arkansas on Thursday, December 12, and can be available for a telephonic conference on December 13 after 12pm ET, or anytime Monday, December 16 or Tuesday, December 17.

---

[1] Plaintiff has previously explained why the Court should reject Optum's request for to file another summary judgment motion. *See* Doc 290.

2

Case 1:15-cv-00109-MR    Document 315    Filed 12/09/24    Page 2 of 4

Respectfully submitted,

Dated: December 9, 2024

/s/ *Andrew N. Goldfarb*
Andrew N. Goldfarb (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800
(202) 822-8106 (fax)
agoldfarb@zuckerman.com

Larry McDevitt
David M. Wilkerson
Heather Whitaker Goldstein
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
(828) 258-2991
lmcdevitt@vwlawfirm.com

D. Brian Hufford (*pro hac vice*)
Jason S. Cowart (*pro hac vice*)
Nell Z. Peyser (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
(212) 897-3434
(212) 704-4256 (fax)
dbhufford@zuckerman.com

*Counsel for Plaintiff Sandra M. Peters,
on behalf of herself and all others
similarly situated*

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, I caused to be filed and served a copy of the foregoing Notice using the CM/ECF system, which will give notice to counsel of record.

*/s/ David M. Wilkerson*
David M. Wilkerson