# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 1:15-cv-00109-MR<br><br>**JOINT NOTICE OF FILING SUPERSEDING SETTLEMENT MEMORANDUM FOR ALL PARTIES** |

Plaintiff Sandra Peters on behalf of the Classes ("Plaintiff") and Defendants Aetna Inc. and Aetna Life Insurance Company ("Aetna") and OptumHealth Care Solutions, LLC ("Optum," and together with Plaintiff, the "Parties") respectfully submit under seal as Exhibit 1 a revised agreement with the material terms of a class settlement (i.e., a "term sheet") involving all Parties.

After the Parties' respective submissions on December 6 (Docs. 312-314), the Parties continued their negotiations, and are pleased to report they have reached agreement on material terms to resolve all claims in the case. Exhibit 1 supersedes in full the term sheet filed on December 6, 2024 (Doc. 313).

The Settling Parties now intend to memorialize their settlement in a formal written agreement, and Plaintiff will prepare her motion and legal memorandum seeking preliminary approval of the settlement, as well as a proposed plan of allocation and proposed settlement notice to class members. In light of upcoming commitments of Plaintiff's counsel, as well as the Settling Parties' holiday-related obligations, the Settling Parties request that Plaintiff be given until January 31, 2025 to file such a motion.

The Parties are prepared to address any questions the Court may have.

Respectfully submitted,

Dated: December 17, 2024

| /s/ *Andrew N. Goldfarb* | /s/ *E. Thomison Holman* |
|---|---|
| Larry McDevitt | E. Thomison Holman |
| David M. Wilkerson | NC Bar No. 19380 |
| Heather Whitaker Goldstein | HOLMAN LAW, PLLC |
| THE VAN WINKLE LAW FIRM | 56 College Street, Suite 302 |
| 11 North Market Street | Asheville, NC 28801 |
| Asheville, NC 28801 | tom@holmanlawwnc.com |
| (828) 258-2991 | Tel: (828) 252-7381 |
| lmcdevitt@vwlawfirm.com | Fax: (828) 252-5018 |
| | |
| D. Brian Hufford (*pro hac vice*) | Earl B. Austin (*pro hac vice*) |
| Jason S. Cowart (*pro hac vice*) | BAKER BOTTS L.L.P. |
| Nell Z. Peyser (*pro hac vice*) | 30 Rockefeller Plaza |
| ZUCKERMAN SPAEDER LLP | New York, NY 10112 |
| 485 Madison Avenue, 10th Floor | earl.austin@bakerbotts.com |
| New York, NY 10022 | (212) 408-2500 |
| (212) 897-3434 | (212) 408-2501 (fax) |
| (212) 704-4256 (fax) | |

2

dbhufford@zuckerman.com

Andrew N. Goldfarb (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800
(202) 822-8106 (fax)
agoldfarb@zuckerman.com

*Counsel for Plaintiff Sandra M. Peters, on behalf of herself and all others similarly situated*

*Counsel for Defendants Aetna Inc. and Aetna Life Insurance Company*

*/s/ Brian D. Boone*
Brian D. Boone
 NC Bar No. 38910
Michael R. Hoernlein
 NC Bar No. 40419
Brandon C.E. Springer
 NC Bar No. 54523
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon St #300
Charlotte, NC 28203
Tel: (704) 444-1000
Fax: (704) 444-1111
brian.boone@alston.com
michael.hoernlein@alston.com
brandon.springer@alston.com

*Counsel for Defendant OptumHealth Care Solutions, Inc.*

3

# EXHIBIT 1

# [FILED UNDER SEAL]

## CERTIFICATE OF SERVICE

I certify that on December 17, 2024, I caused to be filed and served a copy of the foregoing Notice using the CM/ECF system, which will give notice to counsel of record.

*/s/*Andrew N. Goldfarb
Andrew N. Goldfarb