# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| SANDRA M. PETERS, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY, and OPTUMHEALTH CARE SOLUTIONS, LLC,<br><br>                Defendants. | Case No. 1:15-cv-00109-MR |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and LCvR 7.1, Plaintiff Sandra M. Peters, individually and on behalf of the two certified classes (the "Classes"), respectfully submits her unopposed motion for final approval of the proposed settlement (the "Settlement") with Defendants Aetna Inc. and Aetna Life Insurance Co. and OptumHealth Care Solutions, LLC.

For the reasons set out in the supporting memorandum, the Court should grant final approval to the proposed Settlement, including approval of the attorneys' fees,

expenses, and service award. A proposed order is attached as Exhibit C to the Settlement. (Doc. 321-1 at 44.)

Respectfully submitted,

Dated: July 24, 2025

| WILKERSON JUSTUS PLLC | ZUCKERMAN SPAEDER LLP |
|---|---|
| By: /s/David M. Wilkerson<br>David M. Wilkerson<br>9 SW Pack Square, Suite 301<br>Asheville, NC 28801<br>Tel: (828) 316-6902<br>dwilkerson@wilkersonjustus.com | By: /s/Andrew N. Goldfarb<br>Andrew N. Goldfarb (*pro hac vice*)<br>2100 L Street, NW, Suite 400<br>Washington, DC 20037<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>*agoldfarb@zuckerman.com* |
| Larry McDevitt<br>Heather Whitaker Goldstein<br>THE VAN WINKLE LAW FIRM<br>11 North Market Street<br>Asheville, NC 28801<br>(828) 258-2991<br>*lmcdevitt@vwlawfirm.com* | Jason S. Cowart (*pro hac vice*)<br>Nell Z. Peyser (*pro hac vice*)<br>ZUCKERMAN SPAEDER LLP<br>485 Madison Avenue, 19th Floor<br>New York, NY 10022<br>Tel: (212) 704-9600<br>Fax: (212) 704-4256<br>*jcowart@zuckerman.com*<br>*npeyser@zuckerman.com*<br><br>*Attorneys for Plaintiff and the Classes* |